Douglas L. Mahaffey – Bar No. 125980
**MAHAFFEY & ASSOCIATES, PLC**
4 San Joaquin Plaza, Suite 320
Newport Beach, CA 92660
Telephone: (949) 833-1400
Facsimile: (949) 263-8736
Email: Dougm@mahaffeylaw.com

**Attorneys for Petitioning Creditors,** *Joseph M. Palladino and Joseph M. Palladino, in his capacity as Trustee for the Alfred Joseph Palladino 1994 Trust, Donald White* and *BG Operations, LLC, a California limited liability company*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**SOUTH COAST OIL CORPORATION,** a Delaware corporation, Substantively Consolidated with **SOUTH COAST CORPORATION**, a Utah corporation,<br><br>Debtor. | Case No.:8:07-12994-TA<br><br>Chapter 11<br><br>**DECLARATION OF DOUGLAS L. MAHAFFEY REGARDING ANGUS ATTORNEY CHOICE HEARING AND INTERPETATION OF BG OPERATIONS PARTNERSHIP AGREEMENT; REPLY TO MOOTNESS ARGUMENT OF ELYSIUM**<br><br>**HEARING:**<br>**DATE:** June 1,2011<br>**TIME:** 1:00 p.m.<br>**CRTRM:** "5B"<br>Ronald Reagan Federal Bldg. and United States Courthouse<br>411 West Fourth Street<br>Santa Ana, California 92701 |

*Declaration Of Douglas L. Mahaffey re State Court Order*

365044.2

# DECLARATION OF DOUGLAS L. MAHAFFEY

I, Douglas L. Mahaffey, hereby state and declare as follows:

1. I am an attorney at law, duly authorized to practice before all of the courts of the State of California as well as the District Court of the Central District of California and am counsel of record for Petitioning Creditors, Joseph M. Palladino and Joseph M. Palladino, in his capacity as Trustee for the Alfred Joseph Palladino 1994 Trust, Donald White and BG Operations, LLC ("Petitioning Creditors"). I am also counsel of record for Angus Petroleum Corporation in various matters.

2. I have personal knowledge of the facts asserted herein and, if sworn, I could and would competently testify thereto.

3. The issue of jurisdiction over the core dispute of interpretation of BG Operations, LLC 2007 as modified in 2009 contract with Angus, as reserved in that document, is exclusively with this Court.

4. Jurisdiction issues are never waived and are never "moot" as argued by Elysium's' counsel.

5. The creditors of SCOC are the real parties in interest in matters that affect the Stock value of Angus, and the interpretation of BG Operations, LLC 2007/2009 agreements is material to that value. Misinterpretation and resulting litigation will drain this estate.

6. As I have always understood it, the fundamental relationship between BG Operations, LLC and Angus is that of a joint venture that included the right to control the subject litigation based on BG's negotiated agreement with the SCOC Trustee, to "protect my investment"- a direct quote from the negotiations for that agreement and its reference to the "Matters" defined as including the subject litigation. I participated in those negotiations and the best interest of the creditors of SCOC is to enjoin any Angus officer from violated the good faith relationship by now denying that partnership exist. That would subject Angus to severe tort remedies, if the Trier of Fact found the denial to be in bad faith, for example directly contradicted by other declarations to the contrary.

---

1

*Declaration Of Douglas L. Mahaffey*

365044.2

7. Thus the interpretation dispute that is of material significance to this Court justifying this requested order, is not the choice of counsel conclusion, that is merely the consequence of one outcome from the dispute. The material dispute is how this Court will interpret the Grayson/Angus relationship based on evidence that is presented. I am informed and believe that convincing evidence proving that Angus and BG are partners exist, and will be presented to this Court at an appropriate hearing, to interpret these contracts.

8. If the Court does not accept jurisdiction to resolve the interpretation issue, then the Creditors of SCOC are at serious risk of having Mr. Grayson's independent counsel declare the contract with Angus to have been breached, and/or the joint venture repudiated, and then exercise all rights to accelerate a 2 million + indebtedness and attach and compel the sale of Angus's assets. The alleged locking out of a corporation's partner who is in control of a facility by Court approval, is likely a full repudiation by the Corporation.

9. If Mr. Grayson is deemed a partner, which is the position I support based on my own personal knowledge, then the partnership goals must be clarified to reasonably resolve this dispute. My belief is that the Angus/ BG partnership (or joint venture) has the common goal of maximizing Angus's assets, for the benefit of both and the creditors of SCOC, and that BG has been faithful to those goals. Logically therefore both partners have joint control over common litigation, and thus by cooperation, perhaps with each having their own counsel, they can avoid in fighting and the Angus assets will not be put at risk for attachment and ultimate sale by a sheriff to pay creditors. I assume if Angus can hire its own attorney, and Mr. Grayson can hire his to jointly handle the mutually beneficial litigation, the dispute can be partly resolved. Other clarification will also be needed as to what rights and duties each has currently to operate Angus and what compensation is owed Mr. Grayson.

9. It is grossly irresponsible for Angus's current self appointed COO and new counsel to declare (falsely) that BG is not a partner, and not owed fiduciary duties and rights to continue acting as the delegated operator of Angus, and to then based on that fire his choice of counsel and then deny that BG was provided the right to have a vote on the matter. All of these unjustified actions have caused a severe disruption of unity exposing Angus to creditor levy risk,

and all have been without this Court's prior approval despite the prohibition against anyone at Angus, as stated in the 11/07 injunction, damaging Angus's stock value.

10. Accordingly this emergency petition and request to stay the State Court any order and any domino effect thereof, until this Court can call a hearing to try to calm the seas, should be granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of June 2011, at Newport Beach, California.

_____
Douglas L. Mahaffey