1  Douglas L. Mahaffey – Bar No. 125980
   Susan B. Ghormley – Bar No. 166229
2  **MAHAFFEY & ASSOCIATES, PLC**
   4 San Joaquin Plaza, Suite 320
3  Newport Beach, CA 92660
   Telephone: (949) 833-1400 / Facsimile: (949) 263-8736
4  Email: Dougm@mahaffeylaw.com

5  **Attorneys for Petitioning Creditors,** *Joseph M. Palladino and Joseph M. Palladino, in his capacity as Trustee for the Alfred Joseph Palladino 1994 Trust, Donald White*
6  and *BG Operations, LLC, a California limited liability company.*

FILED & ENTERED

AUG 09 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo        DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No.: 8:07-12994-TA |
| **SOUTH COAST OIL CORPORATION, a Delaware corporation, Substantively Consolidated with SOUTH COAST CORPORATION, a Utah corporation**, | Chapter 11 |
| Debtor. | **ORDER ON PETITIONING CREDITORS MOTION TO UNSEAL DOCUMENTS SUBMITTED BY STEPHEN T. HARRIS** |
| | **HEARING:**<br>**DATE:** **August 3, 2011**<br>**TIME:** **10:00 a.m.**<br>**CRTRM:** **"5B"**<br>Ronald Reagan Federal Bldg. and United States Courthouse<br>411 West Fourth Street<br>Santa Ana, California 92701 |

On August 3, 2011 the Court heard oral argument from Petitioning Creditors, through Douglas L. Mahaffey, and Stephen T. Harris, by Roger S. Hanson, on Petitioning Creditors Motion to Unseal Documents lodged by Stephen T. Harris. Said documents were submitted by Roger S. Hanson in a January 18, 2011 filing entitled "*Confidential Documents Produced Under Seal by Stephen T. Harris for In Camera Review Pursuant to Court Order of January 12, 2011; Declaration of Stephen T. Harris*". The Court finds

MAHAFFEY & ASSOCIATES
4 San Joaquin Plaza, Suite 320
Newport Beach, CA

1

ORDER ON PETITIONING CREDITORS MOTION TO UNSEAL DOCUMENTS SUBMITTED BY STEPHEN T. HARRIS
C:\Documents and Settings\ngo\Local Settings\Temp\Order#44230#d658d079-dd04-4656-a36b-77442c56dfce.doc

that most of the documents are email strings, and finds that the November 24, 2009 Subpoena at issue [Doc 353] (lodged for convenience with this proposed order), contains in requests numbers 2-8 "Writings and Emails" on multiple topics. The Court finds the May 14, 2010 Order [Doc 468] required compliance with this subpoena.

The Court having considered the argument of counsel hereby orders as follows:

1.  The hearing is continued until August 31, 2011 in this department at 10:00 a.m.

2.  Stephen T. Harris through his counsel Roger S. Hanson is to file and serve no later than August 29, 2011, electronically on Petitioning Creditors and with this Court, a brief which contains points and authorities and as appropriate evidence submitted by declaration(s), that addresses the following issues:

**PROCEDURAL ISSUES**

a.  What language, if any, exist in the referenced January 12, 2011 Order [Doc 749] that was relied on as an Order allowing for the submission of the subject records "under seal." If not from that order, what other basis might exist which would allow for issuance of the court's "Order Allowing Filing Under Seal…" as entered January 20, 2011.

b.  What is the effect of the May 14, 2010 Order [Doc 468] on the lodging and concurrent withholding of the subject documents from Petitioning Creditors that states *inter alia, "*The Court orders Mr. Harris to comply with the subpoena within twenty one days (21) of the execution of this Order. All categories and each request contained in the subpoena is to be complied with, and except as set forth in section number two(2) below, the Court rules that all privileges, including but not limited to any claims of attorney client privilege, are deemed waived."

c.  In the light of the May 14, 2010 Order, what basis under the Federal Rules of Civil Procedure, and applicable Bankruptcy Rules, allows the Court to review and redact any contents of the lodged records. The Court notes the May 14, 2010 Order is final, having had no re-consideration or modification or appeal of it.

MAHAFFEY &
ASSOCIATES
4 San Joaquin Plaza,
Suite 320
Newport Beach, CA

2

ORDER ON PETITIONING CREDITORS MOTION TO UNSEAL DOCUMENTS SUBMITTED BY STEPHEN T. HARRIS
C:\Documents and Settings\ngo\Local Settings\Temp\Order#44230#d658d079-dd04-4656-a36b-77442c56dfce.doc

After addressing each of these topics above, if counsel for Stephen T. Harris still contends that procedurally the Court can review and redact any portion of the subject records, then the following topics are also to be addressed:

**SUBSTANTIVE ISSUES**

a. On a document by document basis, and as needed, on a line by line basis in each document lodged, counsel is to address what good cause exist for redaction of the disputed sections of the subject records. Specificity and not generalities is required as to the claimed good cause. The Court orders counsel to focus any response on the requirements for sealing records as found in FRCP 26(b)(5) and (6) and the standards set forth in *Kamakana v City and County of Honolulu* 447 F.3d 1172, 1180 ( 9th Cir. 2006).

b. If counsel contends good cause exist for redacting any portion of any record, the Court orders counsel to address with specificity what less intrusive means to provide the protection requested exist. Counsel is to address what other orders issued to accomplish the prevented fear of mis-use, or other concerns that counsel has regarding the contents, may be issued so that the contents could still be disclosed.

The Court orders that no further repeated arguments on alleged perjury of opposing counsel, or others, or arguments regarding the alleged false allegations of the cause of the oil spill be included in this brief.

**IT IS SO ORDERED.**

# # #

DATED: August 9, 2011

_____
United States Bankruptcy Judge

MAHAFFEY &
ASSOCIATES
4 San Joaquin Plaza,
Suite 320
Newport Beach, CA

3

ORDER ON PETITIONING CREDITORS MOTION TO UNSEAL DOCUMENTS SUBMITTED BY STEPHEN T. HARRIS
C:\Documents and Settings\ngo\Local Settings\Temp\Order#44230#d658d079-dd04-4656-a36b-77442c56dfce.doc

1  **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
2  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

3
## PROOF OF SERVICE OF DOCUMENT
4

5  I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**4 San Joaquin Plaza, Suite 320 - Newport Beach, California 92660**

6

7  A true and correct copy of the foregoing document described as ORDER ON PETITIONING CREDITORS MOTION TO UNSEAL DOCUMENTS SUBMITTED BY STEPHEN T. HARRIS  will be served or was
8  served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

9  I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to
10  controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 9, 2011**, I checked the CM/ECF docket
11  for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

12

13
☐ Service information continued
14  on attached page

15  **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 9, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in
16  this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service
17  addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

18

19
☒ Service information continued
20  on attached page

21  **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 9, 2011,** I
22  served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here
23  constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

24

25
☒ Service information continued
26  on attached page

27  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
28

MAHAFFEY & ASSOCIATES
4 San Joaquin Plaza, Suite 320
Newport Beach, CA

4

ORDER ON PETITIONING CREDITORS MOTION TO UNSEAL DOCUMENTS SUBMITTED BY STEPHEN T. HARRIS
C:\Documents and Settings\ngo\Local Settings\Temp\Order#44230#d658d079-dd04-4656-a36b-77442c56dfce.doc

| **August 9, 2011** | **Gloria Pence** | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: | CASE NUMBER  8:07-12994-TA |
|---|---|
| **SOUTH COAST OIL CORPORATION,** | CHAPTER  11 |
| Debtor. | |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**NEF SERVICE LIST**

- Raymond H. Aver — ray@averlaw.com
- Ron Bender — rb@lnbrb.com
- Frank Cadigan — frank.cadigan@usdoj.gov
- Catherine M Castaldi — ccastaldi@rusmiliband.com
- Marcus Colablanchi — mcolablanchi@thelenreid.com
- Lei Lei Wang Ekvall — lekvall@wgllp.com
- Anthony A Friedman — aaf@lnbrb.com
- Philip A Gasteier — pag@lnbrb.com
- Brian L Holman — b.holman@mpglaw.com
- Robert E Huttenhoff — rhuttenhoff@shbllp.com
- James J Joseph — KValbuena@dgdk.com, jjoseph@ecf.epiqsystems.com
- Stuart I Koenig — Skoenig@cmkllp.com
- David W Levene — dwl@lnbrb.com
- Douglas L Mahaffey — dougm@mahaffeylaw.com,;
- Mark H Mcguire — mmcguire@brownwhitelaw.com
- Hutchison B Meltzer — hmeltzer@wgllp.com
- David M Poitras — dpoitras@jmbm.com
- Max E Rawn — mrawn@richardsonpatel.com, bkdeptnef@richardsonpatel.com
- Ronald Rus — rrus@rusmiliband.com
- Leonard M Shulman — lshulman@shbllp.com
- United States Trustee (SA) — ustpregion16.sa.ecf@usdoj.gov
- Anne A Uyeda — auyeda@bmkattorneys.com
- David Weinstein — david.weinstein@hro.com
- Sharon Z Weiss — sharon.weiss@hro.com

**EMAIL SERVICE LIST**

| **Counsel For E&B, Elysium West, LLC, XTO Offshore, Inc. fka Hunt Petroleum (AEC), Frank Ronkese, Francesco Galesi, Steve Layton, Blackstone Oil & Gas, Inc., Steve Sogard, Peter Laehy, Joyce Fahey and Mark Dodge** <br> George B. Newhouse, Jr., Esq. <br> gnewhouse@brownwhitelaw.com <br> Sydney Mehringer, Esq. <br> smehringer@brownwhitelaw.com | **Counsl for Stephen T. Harris and David Woolsey** <br> Roger Hanson, Esq. <br> rsh_esq@yahoo.com |
| **Restrained Party** <br> Edward O. Lear, Esq. <br> Lear@centurylawgroup.com | **Co-Counsel for Restrained Parties E&B, Elysium West, LLC, Frank Ronkese, Francesco Galesi, and Steve Layton** <br> Steven J. Katzman, Esq. <br> skatzman@bmkattorneys.com |

| In re: | CASE NUMBER  8:07-12994-TA |
|---|---|
| **SOUTH COAST OIL CORPORATION,** | CHAPTER 11 |
| Debtor. | |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**U.S. MAIL**

| **Judge's Courtesy Copy – U.S. MAIL**<br>Honorable Theodor C. Albert, Judge<br>UNITED STATES BANKRUPTCY COURT<br>SANTA ANA DIVISION<br>Ronald Reagan Federal Building and<br>United States Courthouse<br>411 West Fourth Street<br>Santa Ana, California  92701 | **Counsel for E&B, Elysium West, LLC, XTO Offshore, Inc. fka Hunt Petroleum (AEC), Frank Ronkese, Francesco Galesi, Steve Layton, Blackstone Oil & Gas, Inc., Steve Sogard, Peter Laehy, Joce Fahey and Mark Dodge**<br>George B. Newhouse, Jr., Esq.<br>Sydney Mehringer, Esq.<br>BROWN, WHITE & NEWHOUSE, LLP<br>333 South Hope Street, 40th Floor<br>Los Angeles, California  90071 |
| **Counsel for Stephen T. Harris and David Woolsey**<br>Roger S. Hanson, Esq.<br>LAW OFFICE OF ROGER S. HANSON<br>1517 E. 4th Street<br>Santa Ana, California  92701 | **Co-Counsel for Restrained Parties E&B, Elysium West, LLC, Frank Ronkese, Francesco Galesi, and Steve Layton**<br>Steven J. Katzman, Esq.<br>BIENERT, MILLER & KATZMAN<br>903 Calle Amanecer, Suite 350<br>San Clemente, California  92673 |
| **Restrained Party**<br>Edward O. Lear, Esq.<br>CENTURY LAW GROUP<br>5200 West Century Boulevard, Suite 345<br>Los Angeles, California  90045 | |

**MAHAFFEY & ASSOCIATES**
4 San Joaquin Plaza, Suite 320
Newport Beach, CA

6

ORDER ON PETITIONING CREDITORS MOTION TO UNSEAL DOCUMENTS SUBMITTED BY STEPHEN T. HARRIS
C:\Documents and Settings\ngo\Local Settings\Temp\Order#44230#d658d079-dd04-4656-a36b-77442c56dfce.doc

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER ON PETITIONING CREDITORS MOTION TO UNSEAL DOCUMENTS SUBMITTED BY STEPHEN T. HARRIS was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 4, 2011 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Raymond H. Aver — ray@averlaw.com
- Ron Bender — rb@lnbrb.com
- Frank Cadigan — frank.cadigan@usdoj.gov
- Catherine M Castaldi — ccastaldi@rusmiliband.com
- Marcus Colablanchi — mcolablanchi@thelenreid.com
- Lei Lei Wang Ekvall — lekvall@wgllp.com
- Anthony A Friedman — aaf@lnbrb.com
- Philip A Gasteier — pag@lnbrb.com
- Brian L Holman — b.holman@mpglaw.com
- Robert E Huttenhoff — rhuttenhoff@shbllp.com
- James J Joseph — KValbuena@dgdk.com, jjoseph@ecf.epiqsystems.com
- Stuart I Koenig — Skoenig@cmkllp.com
- David W Levene — dwl@lnbrb.com
- Douglas L Mahaffey — dougm@mahaffeylaw.com,;
- Mark H Mcguire — mmcguire@brownwhitelaw.com
- Hutchison B Meltzer — hmeltzer@wgllp.com
- David M Poitras — dpoitras@jmbm.com
- Max E Rawn — mrawn@richardsonpatel.com, bkdeptnef@richardsonpatel.com
- Ronald Rus — rrus@rusmiliband.com
- Leonard M Shulman — lshulman@shbllp.com
- United States Trustee (SA) — ustpregion16.sa.ecf@usdoj.gov
- Anne A Uyeda — auyeda@bmkattorneys.com
- David Weinstein — david.weinstein@hro.com
- Sharon Z Weiss — sharon.weiss@hro.com

☐ Service information continued on attached page

MAHAFFEY & ASSOCIATES
4 San Joaquin Plaza, Suite 320
Newport Beach, CA

7

ORDER ON PETITIONING CREDITORS MOTION TO UNSEAL DOCUMENTS SUBMITTED BY STEPHEN T. HARRIS
C:\Documents and Settings\ngo\Local Settings\Temp\Order#44230#d658d079-dd04-4656-a36b-77442c56dfce.doc

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Roger S. Hanson, Esq.
Law offices of Roger S. Hanson
1517 E. 4th Street
Santa Ana, CA  92701

South Coast Oil Corporation
21241 Ventura Blvd Ste 276
Woodland Hills, CA 91364

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

| **Judge's Courtesy Copy – U.S. MAIL**<br>Honorable Theodor C. Albert, Judge<br>UNITED STATES BANKRUPTCY COURT<br>SANTA ANA DIVISION<br>Ronald Reagan Federal Building and<br>United States Courthouse<br>411 West Fourth Street<br>Santa Ana, California  92701 | **Counsel for E&B, Elysium West, LLC, XTO Offshore, Inc. fka Hunt Petroleum (AEC), Frank Ronkese, Francesco Galesi, Steve Layton, Blackstone Oil & Gas, Inc., Steve Sogard, Peter Laehy, Joce Fahey and Mark Dodge**<br>George B. Newhouse, Jr., Esq.<br>Sydney Mehringer, Esq.<br>BROWN, WHITE & NEWHOUSE, LLP<br>333 South Hope Street, 40th Floor<br>Los Angeles, California  90071 |
|---|---|
| **Counsel for Stephen T. Harris and David Woolsey**<br>Roger S. Hanson, Esq.<br>LAW OFFICE OF ROGER S. HANSON<br>1517 E. 4th Street<br>Santa Ana, California  92701 | **Co-Counsel for Restrained Parties E&B, Elysium West, LLC, Frank Ronkese, Francesco Galesi, and Steve Layton**<br>Steven J. Katzman, Esq.<br>BIENERT, MILLER & KATZMAN<br>903 Calle Amanecer, Suite 350<br>San Clemente, California  92673 |
| **Restrained Party**<br>Edward O. Lear, Esq.<br>CENTURY LAW GROUP<br>5200 West Century Boulevard, Suite 345<br>Los Angeles, California  90045 | |

☐ Service information continued on attached page

MAHAFFEY &
ASSOCIATES
4 San Joaquin Plaza,
Suite 320
Newport Beach, CA

8

ORDER ON PETITIONING CREDITORS MOTION TO UNSEAL DOCUMENTS SUBMITTED BY STEPHEN T. HARRIS
C:\Documents and Settings\ngo\Local Settings\Temp\Order#44230#d658d079-dd04-4656-a36b-77442c56dfce.doc