RONALD RUS, #67369
rrus@rusmiliband.com
JOEL S. MILIBAND, #77438
jmiliband@rusmiliband.com
CATHRINE M. CASTALDI, #156089
ccastaldi@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

Attorneys for Chapter 11 Trustee,
JAMES J. JOSEPH

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SOUTH COAST OIL CORPORATION, a Delaware corporation, Substantively Consolidated with SOUTH COAST CORPORATION, a Utah corporation,<br><br>Debtors. | CASE NO. 8:07-bk-12994-TA<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE: MOTION FOR ORDER AUTHORIZING USE OF PROPERTY OF THE ESTATE - VOTING STOCK OF ANGUS PETROLEUM CORPORATION OR; IN THE ALTERNATIVE DETERMINATION THAT DECISION TO ENTER INTO A SETTLEMENT AGREEMENT IS WITHIN THE PURVIEW OF ANGUS MANAGEMENT**<br><br>DATE:     September 14, 2011<br>TIME:     2:00 p.m.<br>CRTRM.:  5B |

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY COURT

JUDGE; THE DEBTOR AND DEBTOR'S COUNSEL; THE UNITED STATES TRUSTEE AND

TO ALL OTHER PARTIES ENTITLED TO NOTICE:

   PLEASE TAKE NOTICE that the hearing on the Motion For Order Authorizing Use Of

Property Of The Estate - Voting Stock Of Angus Petroleum Corporation Or; In The Alternative

1  Determination That Decision To Enter Into A Settlement Agreement Is Within The Purview Of
2  Angus Management("Motion") filed by James J. Joseph, Chapter 11 Trustee ("Trustee") for the
3  Bankruptcy Estate of South Coast Oil Corporation ("SCOC" or "Debtor") has been set for hearing
4  on September 14, 2011 at 2:00 p.m., in Courtroom 5B of the above-entitled court located at 411
5  West Fourth Street, Santa Ana, California 92701.
6      The Motion seeks Court authority to use property of the estate, namely SCOC's voting
7  rights of the Debtor's stock in Angus Petroleum Corporation ("Angus") in favor of Angus'
8  management's decision to enter into a Settlement Agreement and Mutual Release by and between
9  Angus, on the one hand, and XTO Offshore, Inc. ("XTO," formerly known as Hunt Petroleum
10 (AEC,) Inc); Elysium West, LLC ("Elysium"); and E&B Natural Resources (collectively the
11 "E&B Parties"), on the other hand, or, alternatively, (2) finding that a vote of the Trustee as
12 shareholder of the stock of Angus is not required because the decision to enter into the Settlement
13 Agreement is within the purview of Angus' directors and officers and does not require a vote of
14 the sole shareholder.
15     PLEASE TAKE FURTHER NOTICE that the Motion will be based on this Notice, the
16 Motion and all supporting papers to be filed with the United States Bankruptcy Court and any
17 other pleadings filed in connection with such Motion. A copy of the Motion may be obtained by
18 contacting Cathrine M. Castaldi of Rus, Miliband & Smith, A Professional Corporation, 2211
19 Michelson Drive, Seventh Floor, Irvine, California 92612, (949) 752-7100, or the Clerk of the
20 above-referenced Court.
21     PLEASE TAKE FURTHER NOTICE that if you do not oppose the Motion, you need take
22 no further action. The Motion is being set for hearing on September 14, 2011 pursuant to Local
23 Bankruptcy Rule 9013-1. If you wish to oppose this Motion, Local Bankruptcy Rule 9013-1(f)
24 requires a complete written statement of all reasons for your opposition, if any, and any
25 declaration, documentary evidence or memorandum of points and authorities upon which the
26 opposition relies must be filed with the Bankruptcy Court and served upon (1) Movant's attorney -
27 Attn: Cathrine M. Castaldi, Rus, Miliband & Smith, A Professional Corporation at 2211
28 Michelson Drive, Suite 700, Irvine, California 92612-1043 and (2) the Office of the United States

RUS, MILIBAND & SMITH
A PROFESSIONAL CORPORATION
SEVENTH FLOOR, 2211 MICHELSON DRIVE
IRVINE, CALIFORNIA 92612
TEL (949) 752-7100 • FAX (949) 252-1514

458998v1 jm 8/16/11 1 (2105-0016)                                    2

1 | Trustee at 411 W. Fourth Street, Suite 9041, Santa Ana, CA 92701-4593, no less than fourteen

2 | (14) days prior to the hearing date set forth above. If you fail to file a written response to this

3 | Motion within such time period, the Court may treat such failure as a waiver of your right to

4 | oppose the Motion and may grant the requested relief.

5 | DATED: August 16, 2011                    RUS, MILIBAND & SMITH
                                              A Professional Corporation

                                              By: *(signature)* Cathrine M. Castaldi
                                              CATHRINE M. CASTALDI
                                              Attorneys for Chapter 11 Trustee,
                                              JAMES J. JOSEPH

RUS, MILIBAND & SMITH
A PROFESSIONAL CORPORATION
SEVENTH FLOOR, 2211 MICHELSON DRIVE
IRVINE, CALIFORNIA 92612
TEL (949) 752-7100 • FAX (949) 252-1514

458998v1 jm 8/16/11 1 (2105-0016)                    3

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Von Karman Towers, Seventh Floor, 2211 Michelson Drive, Irvine, California 92612

A true and correct copy of the foregoing document described as Notice of Hearing Re: Motion For Order: Authorizing Use Of Property Of The Estate- Voting Stock of Angus Petroleum Corporation Or; In The Alternative Determination That Decision To Enter Into A Settlement Agreement Is Within The Purview Of Angus Management will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 19, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On August 19, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on August 19, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 19, 2011 | Jeannie Mendez | /s/ Jeannie Mendez |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                               **F 9013-3.1**
459021v1 jm 8/16/11 1 (2105-0016)

**ADDITIONAL SERVICE INFORMATION (if needed):**

| | |
|---|---|
| Raymond H Aver | ray@averlaw.com |
| Mark C Bailey | mcb@clintonbailey.com |
| Ron Bender | rb@lnbrb.com |
| Natalie C Boyajian | natalie.boyajian@hro.com, raul.morales@hro.com |
| Bert Briones | ecfmailonly@gmail.com |
| Jeffrey W Broker | jbroker@brokerlaw.biz |
| Frank Cadigan | frank.cadigan@usdoj.gov |
| Cathrine M Castaldi | ccastaldi@rusmiliband.com |
| Marcus Colabianchi | mcolabianchi@thelenreid.com |
| Lei Lei Wang Ekvall | lekvall@wgllp.com |
| Anthony A Friedman | aaf@lnbrb.com |
| Philip A Gasteier | pag@lnbrb.com |
| Kenneth A Glowacki, Jr | KGlowacki@gibsondunn.com |
| Brian L Holman | b.holman@mpglaw.com |
| Robert E Huttenhoff | rhuttenhoff@shbllp.com |
| James J Joseph | KValbuena@dgdk.com, jjoseph@ecf.epiqsystems.com |
| Danelle G Kelling | danelle.kelling@hro.com, raul.morales@hro.com |
| Stuart I Koenig | Skoenig@cmkllp.com |
| David W Levene | dwl@lnbrb.com |
| Marilyn H Levin | marilyn.levin@doj.ca.gov |
| Douglas L Mahaffey | dougm@mahaffeylaw.com, suzanne@mahaffeylaw.com;stephen@mahaffeylaw.com |
| Mark H Mcguire | mmcguire@brownwhitelaw.com |
| Hutchison B Meltzer | hmeltzer@wgllp.com |
| Craig Millet | cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com |
| Kerry A Moynihan | kerry.moynihan@hro.com, raul.morales@hro.com |
| David M Poitras | dpoitras@jmbm.com |
| Max E Rawn | maxrawn@gmail.com, bkdeptnef@richardsonpatel.com |
| Ronald Rus | rrus@rusmiliband.com |
| Leonard M Shulman | lshulman@shbllp.com |
| Steven R Skirvin | srs@dkclaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Anne A Uyeda | auyeda@bmkattorneys.com |
| David Weinstein | david.weinstein@hro.com, raul.morales@hro.com |
| Sharon Z Weiss | sharon.weiss@hro.com, raul.morales@hro.com |
| Kerry P Zeiler | kerry@zeilerlawgroup.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
459021v1 jm 8/16/11 1 (2105-0016)

**F 9013-3.1**

---

**ADDITIONAL SERVICE INFORMATION (if needed):**

---

B. L. Austin Sanders
413 4th St
Manhattan Beach, CA 90266

Bradley Brook
Law Offices of Bradley Brook
523 W. Sixth Street, Suite 215
Los Angeles, CA 90014

Hahn Fife & Company
22342 Avenida Empresa, #260
R Sta Margarita, CA 92688

Roger S Hanson
1517 E 41st St
Santa Ana, CA 92701

Internal Revenue Service
24000 Avila R.,
Insolv Grp 3, Mail 5503
Laguna Niguel, CA 92677

Kaye, Rose & Partners LLP
William J Tucker
402 W Broadway Ste 1300
San Diego, CA 92101-3542

Edward O. Lear
5200 West Century Blvd Ste 940
Los Angeles, CA 90045

James E McNamara
McNamara & McNamara
14401 Sylavn St Ste 106
Van Nuys, CA 91401

Sydney M Mehringer
Brown White & Newhouse LLP
333 S Hope St 40th Fl
Los Angeles, CA 90071-1406

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
459021v1 jm 8/16/11 1 (2105-0016)

F 9013-3.1

George B Newhouse
Brown White & Newhouse LLP
333 S Hope Street, 40th Fl
Los Angeles, CA 90071

Russell G Petti
Law Offices of Russell G Petti
466 Foothill Blvd Ste 389
La Canada, CA 91011

John Quirk
Bright and Brown Law
550 N Brand Blvd Ste 2100
Glendale, CA 91203

Resch Polster Alpert & Berger Llp
9200 Sunset Blvd 9th Fl
Los Angeles, Ca 90069

Gary Shoffner
Shoffner Law Firm
410 W 4th St Second Fl
Santa Ana, CA 92701

Daniel Toe
2355 Main Street
Irvine, CA 92605

Richard D Williams
Kelly Lytton & Williams LLP
1801 Century Park East Ste 1450
Los Angeles, CA 90067

Stephen T. Harris
20682 Queens Park Lane
Huntington Beach, CA 92646

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
459021v1 jm 8/16/11 1 (2105-0016)

F 9013-3.1