Roger S. Hanson, Esq.
State Bar 37966
1517 E. 4th Street
Santa Ana, CA 92701
Tel: (714) 953-0638
Fax: (714)953-1307
Email: rsh_esq@yahoo.com

Counsel to David Woolsey &
Stephen Harris



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA [SANTA ANA DIVISION]

| | |
|---|---|
| IN RE:<br><br>SOUTH COAST OIL CORPORATION, a Delaware corporation, Substantively Consolidated with SOUTH COAST CORPORATION, a Utah Corporation,<br><br>Debtor. | CASE NO.: 8:07-12994-TA<br><br>Chapter 11<br><br>**PRELIMINARY RESPONSE BY COUNSEL WITH A REQUEST FOR A 30 DAY EXTENSION TO FILE ELABORATE RESPONSES BY STEPHEN HARRIS; ADVISEMENT OF PLANNED CONTACT WITH U.S. ATTORNEY, ORANGE COUNTY DISTRICT ATTORNEY, AND ACTUAL ONGOING CONTACT WITH STATE BAR OF CALIFORNIA**<br><br>DATE: AUGUST 31, 2011<br>TIME: 10:00 A.M.<br>COURT: 5B, HON. THEODOR ALBERT, U.S. BANKRUPTCY JUDGE |

To the Hon. Theodor Albert, Judge; to the offices of Douglas L. Mahaffey, Esq., who seeks release of sealed documents:

Roger S. Hanson, counsel to Stephen Harris, seeks a 30 day extension to comply with

1

1  the Court's directive for Mr. Harris to specifically address via Bates numbers any objections
2  to release; this is requested in view of the intent of this office to contact both the U.S.
3  Attorney and Orange County District Attorney to learn the status of any pending indictments,
4  and to advise both offices of the use of false evidence in this case by Mr. Mahaffey and Mr.
5  Granowitz; finally, this office has filed a detailed complaint with the State Bar of California
6  involving Mr. Mahaffey and Mr. Granowitz, and their year-long efforts to structure <u>known</u>
7  false evidence in this case.

8      In view of the above, I, Roger S. Hanson, have cursorily responded to Items 1-23, and
9  cannot at this time do more as I believe much of these 23 papers affect what the State Bar
10 will ultimately do with Douglas Mahaffey and I feel that they could object to its release.

11     I do offer <u>my</u> opinion, which is to be altered by a requested time for extension for 30
13 days to provide a more reasoned response.

14     I do assert that Mr. Harris is also going to be in contact with the State Bar as will Mr.
15 David Woolsey, and I believe prosecutorial offices and the State Bar will be of interest in
16 these 23 documents.

17     WHEREFORE, such extension is prayed for.

19 Dated: August 29, 2011

Respectfully submitted,

/s/ Roger S. Hanson

Roger S. Hanson, Esq.
California State Bar 37966
Counsel to Stephen Harris &
David Woolsey

2

Several categories are distinguishable and should cut down matters which the Court must examine under a Bates evaluation, and this office is diligently seeking to truncate the needed examination; however, new developments require this office to renew a scrutiny of the documents 1-23; this is said in view of:

(a)  contemplated civil suits against Mr. Mahaffey, Mr. Granowitz, Mr. Louis Zylstra, Mr. Bob Grayson, and their associates;

(b)  referral of Mr. Mahaffey and Mr. Granowitz to both the U.S. Attorney's Office and/or the Orange County District Attorney for their criminal filings of false documents in this case; and

(c)  current cooperation with the State Bar of California in matters of Mr. Mahaffey and Mr. Granowitz in their investigation of this case and Mr. Mahaffey's two judgments in the Orange County Superior Court.

Thus if a renewed scrutiny of the 23 documents impinges on those matters, it will be addressed.

This office now makes a TRUNCATED evaluation of the documents:

1.  Apparently deals with Mr. Mahaffey and his illegal procedures; would be objected to as an item of interest to (a),(b), or (c) above.

2.  Likewise as to 1 supra.

3.  To address this one, I must contact persons listed thereon, as I am not familiar with it at all.

4.  A copy of 4 has already been sent to Mr. Mahaffey, so no objection to its release.

5.  A copy of 5 involves Mr. Mahaffey, and he must have copies so no objection to its release.

6.  A copy of 6 involves Mr. Mahaffey, and he must have copies so no objection to its release.

7.  Deals with conflict of counsel in this matter, of interest, to (a),(b), and (c)

3

1  above – is now objected to release.

2      8.    Deals with conflict of counsel in this matter, of interest, to (a),(b), and (c)
3  above – is now objected to release.

4      9.    Appears not relevant to Mr. Mahaffey, but will be released if the Court orders.

5      10.    Deals with the ongoing and not yet realized appeal of Harris and Palladino –
6  handled by Mr. Mahaffey – of interest to (c) supra.

7      11.    Privileged attorney-client communication thus objected to release.

8      12.    Deals with the ongoing and not yet realized appeal of Harris and Palladino –
9  handled by Mr. Mahaffey – of interest to (c) supra.

10      13.    Deals with Mr. Mahaffey, and of interest to (c) supra –objected to.

11      14.    Known to Mr. Mahaffey and his co-counsel, Evan Granowitz – may be
13  released as they have it.

14      15.    Known to Mr. Mahaffey and his co-counsel, Evan Granowitz – may be
15  released as they have it.

16      16.    Privileged attorney-client contact, objected to release.

17      17.    Privileged attorney contact of Harris with his then bankruptcy counsel, Ray
18  Aver; objected to release.

19      18.    Privileged attorney-client contact both as to Ray Aver and Roger Hanson;
20  objected to release.

21      19.    Privileged attorney-client contact with Roger Hanson; objected to release.

22      20.    Privileged attorney-client contact with Hanson and Newhouse re. the imaging
23  process at the truck stop; Mahaffey and Granowitz know of this; no objection to release;
24  nothing on merits of "contempt" since Mahaffey claims to have not gotten what he wanted.

25      21.    Privileged attorney-client contact – no objection; however, as Mr. Mahaffey
26  and Mr. Granowitz are familiar with this matter; will be disclosed to (a), (b), and (c) as
27  needed.

28      22.    Privileged attorney-client contact – this is objected to disclosure, and will be of

4

PRELIMINARY RESPONSE WITH A REQUEST FOR EXTENSION

1 | interest to (a),(b), and (c).

2 |     23.   Mr. Mahaffey is author of letter, or has received these, and thus has this

3 | number – no objection to its release.

5 | Dated: August 29, 2011

Respectfully submitted,

Roger S. Hanson, Esq.
California State Bar 37966
Counsel to Stephen Harris &
David Woolsey

5

PRELIMINARY RESPONSE WITH A REQUEST FOR EXTENSION

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1517 E. 4th Street
Santa Ana, CA 92701


A true and correct copy of the foregoing document described as **PRELIMINARY RESPONSE BY COUNSEL WITH A REQUEST FOR A 30 DAY EXTENSION TO FILE ELABORATE RESPONSES BY STEPHEN HARRIS; ADVISEMENT OF PLANNED CONTACT WITH U.S. ATTORNEY, ORANGE COUNTY DISTRICT ATTORNEY, AND ACTUAL ONGOING CONTACT WITH STATE BAR OF CALIFORNIA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_August 29, 2011_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Raymond H Aver** ray@averlaw.com
- **Ron Bender** rb@lnbrb.com
- **Frank Cadigan** frank.cadigan@usdoj.gov
- **Cathrine M Castaldi** ccastaldi@rusmiliband.com
- **Marcus Colabianchi** mcolabianchi@thelenreid.com
- **Lei Lei Wang Ekvall** lekvall@wgllp.com
- **Anthony A. Friedman** aaf@lnbrb.com
- **Philip A. Gasteier** pag@lnbrb.com
- **Brian L. Holman** b.holman@mpglaw.com
- **Robert E Huttenhoff** rhuttenhoff@shbllp.com
- **James J Joseph** KValbuena@dgdk.com, jjoseph@ecf.epiqsystems.com
- **Danelie G Kelling** danelle.kelling@hro.com, raul.morales@hro.com
- **Stuart I Koenig** Skoenig@cmkllp.com
- **David W Levene** dwl@lnbrb.com
- **Elan S Levey** elan.levey@usdoj.gov, Louisa.lin@usdoj.gov
- **Marilyn H Levn** Marilyn.levin@doj.ca.gov
- **Douglas L Mahaffey** dougm@mahaffeylaw.com, Suzanne@mahaffeylaw.com, Stephen@mahaffeylaw.com
- **Mark H Mcguire** mmcguire@brownwhitelaw.com
- **Hutchinson B Meltzer** hmeltzer@wgllp.com
- **David M Potras** dpotras@jmbm.com
- **Max E Rawn** mrawn@richardsonpatel.com, bkdeptnef@richardsonpatel.com
- **Ronald Rus** rrus@rusmiliband.com
- **Leonard M Shulman** lshulman@shbllp.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Anne A Uyeda** auyeda@bmkattorneys.com
- **David Weinstein** david.Weinstein@hro.com
- **Sharon Z Weiss** Sharon.weiss@hro.com
- **Jeffery I Golden (TR)** ljones@wgllp.com, jgolden@ecf.epiqsystems.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                F 9013-3.1.PROOF.SERVICE

- **United States Trustee (TA) ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On *August 29, 2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Douglas L. Mahaffey, Esq.**
**MAHAFFEY & ASSOCIATES**
**4 San Joaquin Plaza, Suite 320**
**Newport Beach, CA 92660**
**Fax: (949) 263-8736**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 29, 2011 | ROGER S. HANSON | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE