STEPHEN F. BIEGENZAHN (SBN 60584)
**LAW OFFICE OF STEPHEN F. BIEGENZAHN**
611 W. 6th Street, Suite 850
Los Angeles, CA  90017-3101
Telephone: (213) 617-0017
Facsimile: (480) 247-5977

Attorneys for Robert Deller and Daniel To

WILLIAM E. CROCKETT (SBN 129383)
STEVEN R. SKIRVIN (SBN 179946)
**DION-KINDEM & CROCKETT**
21271 Burbank Boulevard, Suite 100
Woodland Hills, CA  91367
Telephone:  (818) 883-4400
Facsimile:  (818) 676-0246

Attorneys for Blackstone Oil & Gas, Inc.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SOUTH COAST OIL CORPORATION<br><br>Debtor. | Case No.: 8:07-bk-12994-TA<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT OF MOTIONS UNDER RULE 2004**<br><br>DATE:   October 4, 2011<br>TIME:   2:00 p.m.<br>CTRM:  5B |

I, Stephen F. Biegenzahn, declare and state:

1.     I am counsel to Robert Deller and Daniel To who are creditors and shareholders in the chapter 11 case ("Case") of South Coast Oil Company ("SCOC").  I make this

1

1 Declaration to augment my prior testimony, to respond to the assertions made by Craig Millet

2 in his August 26, 2011 Declaration ("Millet Declaration") in opposition to the Motion for an

3 Order Authorizing the Examination of Chapter 11 Trustee James J. Joseph ("Trustee") and for

4 Production of Documents pursuant to Federal Rule of Bankruptcy Procedure 2004 ("2004

5 Motion"), and to express my utter confusion and consternation over the recent "path" of the

6 Case. I might have presented this in the context of oral argument; but: a) if Mr. Millet's

7 testimony is germane, so must my clarification be; and b) I will not be able to appear at the

8 October 4, 2011 hearing on the 2004 Motion because I have a confirmation hearing before

9 Judge Neiter at the same time.

    2.    In our July 29, 2011 telephone conversation, either I expressed myself very poorly, or Mr. Millet misunderstood me. I did not tell him that Mr. Joseph had agreed to any particular scope of discovery, only that he did not oppose the request of my clients for access to information relevant to their interest in SCOC, and desire to have enough "due diligence" data to enable them to fashion an asset purchase offer, and/or reorganization plan outline. I did not indicate to Mr. Millet that there had been agreement on the scope of discovery because I could not, on July 29, have articulated what that scope would be.

    3.    Similarly, when I testified that Mr. Millet had said that his client would comply with Mr. Joseph's instructions, I did not mean to imply that either had agreed to provide any particular specie of document or data. I did mean to suggest that I had reached out to Mr. Millet – a long time friend and colleague; just as I had reached out to Mr. Joseph – a longer time friend and colleague, with a view toward a constructive resolution of matters which I did not think should require judicial intercession.

    4.    I am a relative newcomer to the Case and to the extraordinarily curious path it has taken. So, in my efforts to make some sense of the Case, and to contribute to a

2

constructive, sensible resolution, I may have been egocentric in my approach—in the Spring of this year, and in late July. Nonetheless, I still do not understand why the Creditors Committee and the Trustee have been, and their counsel have been so resistant to the inquiries and entreaties made by me on behalf of people who are, indisputably, "parties in interest" in the Case. It seems to me that creditors of SCOC and its chapter 11 trustee should want to see as many interested bidders step forward as is possible. Strident opposition to the 2004 Motions seems, at least to me, antithetical to that dynamic.

5.   I am hopeful that a meeting tomorrow with Mr. Joseph and his counsel will moot all of this; and save the Court a great deal of time; and save the participants time and money.

Executed September 26, 2011 at Los Angeles, California. I declare, under penalty of perjury, that the foregoing is true and correct; and that, if called as a witness, I can and will testify competently thereto.

/s/ *Stephen F. Biegenzahn*

_____
STEPHEN F. BIEGENZAHN

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.   Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 21271 Burbank Blvd. Ste 100, Woodland Hills, CA 91367

A true and correct copy of the foregoing document described as ***Supplemental Declaration of Stephen F. Biegenzahn*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***September 26, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On ***September 27, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodore C. Albert
U.S. Bankruptcy Court
Courtroom 5B
411 West Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**(indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 26, 2011 | Steven R. Skirvin | /s/ Steven R. Skirvin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

DION-KINDEM & CROCKETT
21271 Burbank Boulevard, Suite 100
Woodland Hills, CA 91367
(818) 885-4400   Fax: (818) 676-0246

4

ECF SERVICE LIST

Raymond H. Aver, ray@averlaw.com
Ron Bender, rb@lnbrb.com
Frank Cadigan, frank.cadigan@usdoj.gov
Cathrine M. Castaldi, ccastaldi@rusmiliband.com
Marcus Colabianchi, mcolabianchi@thelenreid.com
Lei Lei Wang Ekvall, lekvall@wgllp.com
Anthony A. Friedman, aaf@lnbrb.com
Philip A. Gasteier, pag@lnbrb.com
Brian L. Holman, b.holman@mpglaw.com
Robert E. Huttenhoff, rhuttenhoff@shbllp.com
James J. Joseph, KValbuena@dgdk.com
Stuart I. Koenig, Skoenig@cmkllp.com
David W. Levene, dwl@lnbrb.com
Mark H. Mcguire, mmcguire@brownwhitelaw.com
Hutchinson B. Meltzer, hmeltzer@wgllp.com
George B. Newhouse, Jr., gnewhouse@brownwhitelaw.com
David M. Poitras, dpoitras@jmbm.com
Max E. Rawn, mrawn@richardsonpatel.com; bkdepttnef@richardsonpatel.com
Ronald Rus, rrus@rusmiliband.com
Leonard M. Shulman, lshulman@shbllp.com
United States Trustee (SA), uspregion16.sa.ecf@usdoj.gov
Anne A. Uyeda, auyeda@bmkattorneys.com
David Weinstein, dweinstein@hro.com
Sharon Z. Weiss, sharon.weiss@hro.com
Mark C. Bailey, mcb@clintonbailey.com
Sean T. McGee, seantmcgee@clintonbailey.com
Jeffrey W. Broker, jbroker@brokerlaw.biz

DION-KINDEM & CROCKETT
21271 Burbank Boulevard, Suite 100
Woodland Hills, CA 91367
(818) 885-4400   Fax: (818) 676-0246