1  Douglas L. Mahaffey – Bar No. 125980
**MAHAFFEY & ASSOCIATES, PLC**
2  4 San Joaquin Plaza, Suite 320
Newport Beach, CA 92660
3  Telephone: (949) 833-1400 / Facsimile: (949) 263-8736
Email: Dougm@mahaffeylaw.com

4  **Attorneys for Petitioning Creditors,** *Joseph M. Palladino and Joseph M. Palladino,*
5  *in his capacity as Trustee for the Alfred Joseph Palladino 1994 Trust*

6

7              **UNITED STATES BANKRUPTCY COURT**

8        **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

9

10  In re:                                  Case No.: 8:07-12994-TA

11  **SOUTH COAST OIL CORPORATION,**        Chapter 11
**a Delaware corporation, Substantively
Consolidated with SOUTH COAST
12  CORPORATION, a Utah corporation,**

13           Debtor.                        **PETITIONING CREDITOR'S
NOTICE OF JOINDER TO REPLY
14                                          AND REQUEST FOR 2004
EXAMINATIONS OF JAMES J.
15                                          JOSEPH, LOUIS P. ZYLSTRA, JR.
AND JAMES WILLIAM SCOTT,
PERSONAL MOST
16                                          KNOWLEDGEABLE AT ANGUS
PETROLEUM CORPORATION AND
17                                          PERSON MOST KNOWLEDGEABLE
AT SOUTH COAST OIL
18                                          CORPORATION**

19                                          **HEARING:**
**DATE:        October 4, 2011**
20                                          **TIME:        2:00 P.M.**
**CRTRM:     "5B"**
21                                          Ronald Reagan Federal Bldg.
and United States Courthouse
22                                          411 West Fourth Street
Santa Ana, California 92701
23

24

25

26

27

28

MAHAFFEY & ASSOCIATES
4 San Joaquin Plaza,
Suite 320
Newport Beach, CA 92660

1  TO: THE COURT AND ALL INTERESTED PARTIES AND TO THEIR

2  RESPECTIVE ATTORNEYS OF RECORD HEREIN:

3      The above referenced Petitioning Creditor hereby joins the Notice of Motion and

4  Motion for Authorizing Examination of James J. Joseph, Louis P. Zylstra, Jr. and James

5  William Scott, Person Most Knowledgeable at Angus Petroleum Corporation and Person

6  Most Knowledgeable at South Coast Oil Corporation and join the replies filed by

7  creditors Blackstone Oil & Gas, Inc. and Creditors and Shareholders Robert Deller and

8  Daniel To.

9      This joinder is based on numerous recent events that materially damage the value

10  of Angus stock. Petitioning Creditor desires to join the examinations to obtain full

11  disclosure of these material events so that all reasonable and necessary measures may be

12  taken to protect and maximize the assets of SCOC. The following is partial list of recent

13  events:

14

15      • The Court of Appeal rejected Angus's appeal involving the 1003 Order and

16        the matter has been remanded back for an administrative hearing.

17        Lobbying efforts on behalf of the Angus/BG Joint Venture by Robert

18        Palmer continue with the AG's office, yet no information on the status of

19        the injection permit has been disclosed.

20      • Angus has disclaimed the joint venture with BG Operations and has filed an

21        adversary proceeding action pending in this court.

22      • BG Operations has cross-complained against Angus seeking equitable

23        remedies including an accounting, a receiver and a dissolution of the joint

24        venture and partition of the joint venture assets.

25      • BG Operations has filed in the District Court with the Honorable Judge C.

26        Carney, a declaratory relief action to determine the legal ownership if any

27        of Elysium West and XTO Offshore, Inc. in the 1987 Springfield Unit

28        Agreement and the related leases.

MAHAFFEY & ASSOCIATES
4 San Joaquin Plaza,
Suite 320
Newport Beach, CA 92660

2

PETITIONING CREDITORS JOINDER TO REPLY AND REQUEST FOR 2004 EXAMINATIONS
K:\docs\Angus-- 711\711.03 - SCOC Bk\Court Filing\Petitioning Creditors Joinder 9.27.11.doc

1  • BG Operations has filed a cross-complaint in previous Judge Dunning state

2  court litigation that was assigned to Judge Ronald Bauer that seeks an

3  appointment of a receiver of Angus. It also seeks multiple tort claims

4  against Angus and its management for failing to execute and record

5  multiple signed oil and gas leases that Angus procured between 2007 and

6  2011.

7  • Angus has forced the dismissal of a malpractice case against Edward Lear,

8  its former attorney which sought compensation for losses caused by

9  attorney Lear's conduct. No disclosure of why this was done and how it

10  impacts the Angus stock has been made by the Trustee or management.

11  • BG has filed an intervention in that action yet the Trustee and management

12  have not addressed the impact of that.

13  • After this Court approved the stock vote request, the next day Angus

14  attempted to dismiss the pending litigation between Angus and

15  XTO/Elysium but learned there had been a removal of the case from the

16  inventory of the Honorable Judge Kim Dunning to the Honorable Judge

17  Ronald Bauer. BG stopped that dismissal of the entire action with a cross-

18  complaint and intervention motion. Full disclosure by Angus management

19  and the Trust has not occurred regarding this event and its impact on the

20  stock value of Angus.

21  • The 1.7M dollars in monies agreed to be paid to Angus has been  declared

22  as owed to BG and Angus's attorneys in filed liens.  The status of where

23  that money is and whether the stock value of Angus will be impacted by it

24  has not been discussed or disclosed by the Trustee.

25  • This dismissal of claims involving XTO in the judge Dunning state action

26  was by the Law firm of Gibson, Dunn & Crutcher through Robert Palmer, a

27  law firm that has a prior relationship with XTO Energy, Inc. That client

28  relationship arises from the merger and acquisition with Angus's prior

MAHAFFEY & ASSOCIATES
4 San Joaquin Plaza,
Suite 320
Newport Beach, CA 92660

3

PETITIONING CREDITORS JOINDER TO REPLY AND REQUEST FOR 2004 EXAMINATIONS
K:\docs\Angus-- 711\711.03 - SCOC Bk\Court Filing\Petitioning Creditors Joinder 9.27.11.doc

1  working interest owner Hunt Petroleum. Gibson Dunn has access to

2  memorandum of XTO evaluating the merit of claims now pending on

3  appeal by Angus against XTO. The Trustee and management have not

4  disclosed or discussed how they are allowing Gibson Dunn to proceed in

5  the face of this potential conflict.

6  • Disputes over the ability of Gibson, Dunn & Crutcher to represent Angus in

7  requesting a dismissal of an action involving an impact on BG as contained

8  in the the pending declaratory relief action that seeks determination of a JV

9  with BG, have been raised by BG Operations.  The Trustee has not

10  discussed or disclosed how this impacts the stock value of Angus.

11  • Despite this conflict, Angus increased its attorney fees payments of an

12  amount now in excess of $150,000 a month to Gibson Dunn who continues

13  to represent Angus despite the potential conflict. The Trustee has not

14  discussed or disclosed why management is spending these amounts to a

15  Gibson Dunn compared to the previous amounts paid for legal

16  representation.

17  • Angus has failed to file any DOGGR 110 reports for the months of June,

18  July and August 2011, thus there is no public record as to how much

19  production Angus is currently producing.

20  • No general ledgers have been produced by Angus regarding the amount of

21  actual receipts and expenditures Angus has made so that the net profit that

22  Angus has incurred in the last nine months can be accurately determined.

23  This is despite the fact that gross revenue in excess of $600,000 a month

24  since no later than January 2011 has been deposited and none have been

25  paid in dividends to SCOC as sole shareholder.  Full analysis and

26  disclosure by the Trustee is needed on this.

27  • The presentation of expert engineer and oil and gas asset sales

28  representative Steve Lieberman that any sale resolution between Angus and

MAHAFFEY & ASSOCIATES
4 San Joaquin Plaza,
Suite 320
Newport Beach, CA 92660

4

PETITIONING CREDITORS JOINDER TO REPLY AND REQUEST FOR 2004 EXAMINATIONS
K:\docs\Angus-- 711\711.03 - SCOC Bk\Court Filing\Petitioning Creditors Joinder 9.27.11.doc

1   E & B would render Angus's stock non-marketable, including but not

2   limited to the inability to transfer any leasehold interest based on the

3   disputed ownership of the leases between BG Operations and Angus has

4   not been addressed in any written document by the Chapter 11 Trustee.

5   •   After this Court's open court admonitions' to the Trustee not to damage

6   the value of Angus's stock, Steve Lieberman prepared a detail report

7   supporting his opinions and gave it to the Trustee. No comment was

8   received from the Trustee on that report, and the settlement Mr. Lieberman

9   warned would destroy the marketability of Angus's stock proceeded with

10   no delay or comment by the Trustee. Full disclosure is needed as to why

11   this happened.

12   •   Angus has not presented any due diligence packet for public review, despite

13   statements from the Trustee that it was being finished months ago.

14   •   No Angus stock sale motion has been filed even though the Trustee advised

15   this Court it would be filed weeks ago.

16   •   An oil and gas attorney has supposedly been hired to respond to questions

17   about the legality of the 1987 Unit, the effect of the cessation of operations

18   from the 1987 leases, and the impact on Angus's stock of the fully executed

19   new oil and gas leases that BG countersigned. The Trustee refuses to

20   disclose who this is and has not sought any court approval for this person's

21   retention.

22   •   The impact on Angus's stock from the BG litigation with Angus in the four

23   pending forums has not been discussed or disclosed by the Trustee.

24   •   Before any of the above disputes occurred with BG, there was a no-

25   condition, AS IS, short close all cash offer made by BG to acquire Angus's

26   stock with a complete resolution of all claims between BG and Angus for

27   net proceeds exceeding all prior or present offers, that the Trustee rejected..

28   Yet the Trustee has not disclosed why he rejected that offer in favor of E &

MAHAFFEY & ASSOCIATES
4 San Joaquin Plaza,
Suite 320
Newport Beach, CA 92660

5

PETITIONING CREDITORS JOINDER TO REPLY AND REQUEST FOR 2004 EXAMINATIONS
K:\docs\Angus-- 711\711.03 - SCOC Bk\Court Filing\Petitioning Creditors Joinder 9.27.11.doc

1        B whose offer-if it ever closes- will pay less to the creditors. Full disclosure

2        as to why the Trustee rejected this to embrace the E & B stock purchase is

3        needed.

4    •   There was a previous similar offer by Huntington Pacific Partners through

5        Principal Chris Kennedy to acquire Angus's stock that expired which the

6        Trustee has not fully disclosed the details of. The reasons for that rejection

7        have also not been disclosed, nor has the three separate packets of

8        information provided by HPPP produced by the Trustee.  Full disclosure is

9        needed on these records.

10

11      These serious material issues are all within exclusive knowledge of Angus's

12 management and the Trustee.  Because the Courts 11/07 injunction and general

13 bankruptcy principals prohibit a Trustee from damaging the value of an estate asset by

14 allowing mismanagement, the above referenced Petitioning Creditor  joins in the Motions

15 to Compel these examinations to receive an explanation as to the cause of all the above

16 negative activity. All documents requested should likewise be ordered as the factual

17 support for the Trustees and/or Angus management's decision on the above issues should

18 be confirmed by the independent production of documents. Without the documents

19 produced, they will likely have difficulty recalling many of the details contained in this

20 list.

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28

MAHAFFEY & ASSOCIATES
4 San Joaquin Plaza,
Suite 320
Newport Beach, CA 92660

6

PETITIONING CREDITORS JOINDER TO REPLY AND REQUEST FOR 2004 EXAMINATIONS

K:\docs\Angus-- 711\711.03 - SCOC Bk\Court Filing\Petitioning Creditors Joinder 9.27.11.doc

## CONCLUSION

The referenced Petitioning Creditor joins in the request for examinations of the Angus Management and the Trustee as multiple material issues have developed in the last several months that further justify a thorough examination for discovering the basis for multiple recent decisions and activities by Angus.

Respectfully submitted,

**MAHAFFEY & ASSOCIATES, PLC**

Dated: September 27, 2011        By:  /s/ Douglas L. Mahaffey
                                 DOUGLAS L. MAHAFFEY
                                 Attorneys for Petitioning Creditors,
                                 **Joseph M. Palladino and Joseph M. Palladino,**
                                 **in his capacity as Trustee for the Alfred Joseph**
                                 **Palladino 1994 Trust;**

MAHAFFEY & ASSOCIATES
4 San Joaquin Plaza,
Suite 320
Newport Beach, CA 92660

PETITIONING CREDITORS JOINDER TO REPLY AND REQUEST FOR 2004 EXAMINATIONS

K:\docs\Angus-- 711\711.03 - SCOC Bk\Court Filing\Petitioning Creditors Joinder 9.27.11.doc

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4 San Joaquin Plaza, Suite 320 -  Newport Beach, California 92660**


A true and correct copy of the foregoing document described PETITIONING CREDITORS NOTICE OF JOINDER TO REPLY AND REQUEST FOR 2004 EXAMINATIONS OF JAMES J. JOSEPH, LOUIS P. ZYLSTRA, JR. AND JAMES WILLIAM SCOTT, PERSON MOST KNOWLEDGEABLE AT ANGUS PETROLEUM CORPORATION AND PERSON MOST KNOWLEDGEABLE AT SOUTH COAST OIL CORPORATION

 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 27, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 27, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 27, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


| September 27, 2011 | Gloria Pence | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                     **F 9013-3.1.PROOF.SERVICE**

| In re:                                 | CASE NUMBER  8:07-12994-TA |
|                                        |                            |
| SOUTH COAST OIL CORPORATION,           | CHAPTER  11                |
|                       Debtor.          |                            |

## ADDITIONAL SERVICE INFORMATION (if needed):

### NEF SERVICE LIST

- Raymond H. Aver — ray@averlaw.com
- Ron Bender — rb@lnbrb.com
- Frank Cadigan — frank.cadigan@usdoj.gov
- Catherine M Castaldi — ccastaldi@rusmiliband.com
- Marcus Colablanchi — mcolablanchi@thelenreid.com
- Lei Lei Wang Ekvall — lekvall@wgllp.com
- Anthony A Friedman — aaf@lnbrb.com
- Philip A Gasteier — pag@lnbrb.com
- Brian L Holman — b.holman@mpglaw.com
- Robert E Huttenhoff — rhuttenhoff@shbllp.com
- James J Joseph — KValbuena@dgdk.com, jjoseph@ecf.epiqsystems.com
- Stuart I Koenig — Skoenig@cmkllp.com
- David W Levene — dwl@lnbrb.com
- Douglas L Mahaffey — dougm@mahaffeylaw.com, suzanne@mahaffeylaw.com;stephen@mahaffeylaw.com
- Mark H Mcguire — mmcguire@brownwhitelaw.com
- Hutchison B Meltzer — hmeltzer@wgllp.com
- David M Poitras — dpoitras@jmbm.com
- Max E Rawn — mrawn@richardsonpatel.com, bkdeptnef@richardsonpatel.com
- Ronald Rus — rrus@rusmiliband.com
- Leonard M Shulman — lshulman@shbllp.com
- United States Trustee (SA) — ustpregion16.sa.ecf@usdoj.gov
- Anne A Uyeda — auyeda@bmkattorneys.com
- David Weinstein — david.weinstein@hro.com
- Sharon Z Weiss — sharon.weiss@hro.com

### EMAIL SERVICE LIST

| **Counsel For E&B, Elysium West, LLC, XTO Offshore, Inc. fka Hunt Petroleum (AEC), Frank Ronkese, Francesco Galesi, Steve Layton, Blackstone Oil & Gas, Inc., Steve Sogard, Peter Laehy, Joyce Fahey and Mark Dodge**<br>George B. Newhouse, Jr., Esq.<br>gnewhouse@brownwhitelaw.com<br>Sydney Mehringer, Esq.<br>smehringer@brownwhitelaw.com | **Counsl for Stephen T. Harris and David Woolsey**<br>Roger Hanson, Esq.<br>rsh_esq@yahoo.com |
| **Restrained Party**<br>Edward O. Lear, Esq.<br>Lear@centurylawgroup.com | **Co-Counsel for Restrained Parties E&B, Elysium West, LLC, Frank Ronkese, Francesco Galesi, and Steve Layton**<br>Steven J. Katzman, Esq.<br>skatzman@bmkattorneys.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

| In re: | CASE NUMBER  8:07-12994-TA |
|---|---|
| **SOUTH COAST OIL CORPORATION,** | CHAPTER  11 |
| Debtor. | |

**ADDITIONAL SERVICE INFORMATION** (if needed):

| | |
|---|---|
| **Judge's Courtesy Copy – U.S. MAIL**<br>Honorable Theodor C. Albert, Judge<br>UNITED STATES BANKRUPTCY COURT<br>SANTA ANA DIVISION<br>Ronald Reagan Federal Building and<br>United States Courthouse<br>411 West Fourth Street<br>Santa Ana, California  92701 | |
| | |
| | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                              **F 9013-3.1.PROOF.SERVICE**