BROWN RUDNICK LLP
RONALD RUS, #67369
rrus@brownrudnick.com
JOEL S. MILIBAND, #77438
jmiliband@brownrudnick.com
CATHRINE M. CASTALDI, #156089
ccastaldi@brownrudnick.com
JUSTIN J. S. MORGAN #279802
jmorgan@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514

Attorneys for Chapter 11 Trustee,
JAMES J. JOSEPH

**FILED & ENTERED**

**JAN 06 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** steinber  **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SOUTH COAST OIL CORPORATION, a California corporation, substantively consolidated with SOUTH COAST CORPORATION, a Utah corporation,<br><br>Debtors. | CASE NO. 8:07-bk-12994-TA<br><br>Chapter 11<br><br>**ORDER GRANTING AMENDED MOTION AUTHORIZING THE CHAPTER 11 TRUSTEE TO MAKE AN INTERIM DISTRIBUTION**<br><br>JUDGE:   Hon. Theodor C. Albert<br>DATE:    December 16, 2015<br>TIME:    10:00 a.m.<br>CTRM:    5B |

609416 v2-IMANDB-032035/0011

The Amended Motion For Order Authorizing The Chapter 11 Trustee To Make An Interim Distribution For Unencumbered Cash [Docket No. 1784] ("Motion"), filed by James J. Joseph, Chapter 11 Trustee ("Trustee") for the Bankruptcy Estate of South Coast Oil Corporation, a California corporation, Substantively Consolidated with South Coast Corporation, a Utah corporation ("Estate" or "SCOC"), came on for hearing, on December 16, 2015 at 10:00 a.m., before the Honorable Theodor C. Albert, Judge of the United States Bankruptcy Court. Brown Rudnick LLP appeared by and through Cathrine M. Castaldi. There were no other appearances.

The Court having considered the Motion, the records, pleadings, and other documents on file in this case, having found that notice of the Motion was proper and good cause appearing therefore,

IT IS ORDERED that the Trustee's Motion is granted.

IT IS FURTHER ORDERED that the Trustee is authorized to make an interim distribution of Estate funds not to exceed $2,000,000.00 in the aggregate (the "Interim Funding").

IT IS FURTHER ORDERED that the Trustee is authorized to make a pro rata interim distribution, from the Interim Funding, on account of the claims below and in the amounts reflected below:

| No. | Claimant | Claim Amount | Pro Rata Share |
|---|---|---|---|
| 2 | Theodore Ehring | $1,543.15 | $335.54 |
| 3 | Theodore Ehring | $138,133.46 | $30,035.74 |
| 6 | Diana Eyre C/O Ray Quinney & Nebeker P.C. | $6,740.60 | $1,465.68 |
| 12 | Mark S Dodge | $26,877.00 | $5,844.13 |
| 19 | City Of Huntington Beach | $1,981.68 | $430.90 |
| 20 | Greenberg Glusker | $9,193.10 | $1,998.95 |
| 25 | Lewis Brisbois | $211,101.00 | $45,901.80 |
| 27 | Los Angeles County Treasurer And Tax Collector | $2,345.00 | $509.90 |
| 28 | Fred Oliver | $200,000.00 | $43,488.00 |
| 41 | Sublette + Assoc. | $58,500.00 | $12,720.24 |
| 45 | Ken Rhode | $29,702.50 | $6,458.51 |
| 51 | Joseph Nardone | $22,625.00 | $4,919.58 |
| 53 | Joellen I. Kitchen | $62,078.23 | $13,498.29 |
| 55 | Sector Rotation 1 Fund | $95,400.00 | $20,743.78 |
| 59 | Jack Baum | $28,000.00 | $6,088.32 |

609416 v2-IMANDB-032035/0011

| | | | |
|---|---|---:|---:|
| 61 | Steven Olsen | $23,325.00 | $5,071.79 |
| 68 | American Registrar And Transfer Co | $156.94 | $34.13 |
| 72 | California State Franchise Tax Board | $2,187.32 | $475.61 |
| 78 | John Robert Deller | $10,000.00 | $2,174.40 |
| 86 | Michael McKinley | $29,430.63 | $6,399.40 |
| 91 | Bill E Frazier | $7,500.00 | $1,630.80 |
| 121 | Peter Ronen | $15,000.00 | $3,261.60 |
| 129 | Vinnie Pinzon | $20,000.00 | $4,348.80 |
| 132 | Susan Blais | $29,250.00 | $6,360.12 |
| 139 | Donald A White | $976,000.00 | $212,221.44 |
| 141 | Michael Witte | $82,500.00 | $17,938.80 |
| S | Pacific Financial Center LLC | $18,315.86 | $3,982.60 |
| S | American Bureau Of Collections | $42.98 | $9.35 |
| S | American Registrar & Transfer Co. | $15.50 | $3.37 |
| S | Bureau Of Tax Administration | $451.38 | $98.15 |
| S | Data Line Credit Corp. | $305.72 | $66.48 |
| S | Don Holcomb Pumping Service | $900.00 | $195.70 |
| S | First Revenue Assurance | $468.14 | $101.79 |
| S | Milbank Tweed Hadley & McLoy LLP | $3,000.00 | $652.32 |
| S | Modern Parking, Inc. | $820.00 | $178.30 |
| S | Orange County Sanitation District | $801.30 | $174.23 |
| S | Regus Howard Hughes Center | $1,396.07 | $303.56 |
| S | The Corporation Trust Company | $385.09 | $83.73 |
| S | The Gas Company | $3,431.74 | $746.20 |
| S | Tierra Verde Landscaping, Inc. | $556.00 | $120.90 |
| S | Underground Service Alert | $331.80 | $72.15 |
| S | Verizon California | $1,149.36 | $249.92 |
| S | Verizon Wireless | $3,429.40 | $745.69 |
| S | Weatherford | $1,998.44 | $434.54 |
| S | Western States Oilfield Products | $99.67 | $21.67 |
| S | Zane M. Cohn & Associates P.C. | $2,625.49 | $570.89 |
| S | Larry Carpenter | $500 | $108.72 |
| **Total Allowed Claims** | | $2,130,594.55 | |
| **Total Distribution to Allowed Claims** | | | $463,276.48 |

/ / /

/ / /

/ / /

/ / /

3

609416 v2-IMANDB-032035/0011

IT IS FURTHER ORDERED that the Trustee is authorized to reserve $1,536,683.72 of the Interim Funding, which may be disbursed to individual claimants on the following list, upon entry of an order allowing their respective claim(s), so that such claimants receive a distribution equal to 21.74% of their respective allowed claim(s):

| No. | Claimant | Claim Amount | If Claim Allowed In Full (Withheld) |
|---|---|---|---|
| 8 | Daniel R. & Marian P. Lucero | $22,020.00 | $4,788.03 |
| 9 | Janet T. Suljak | $73,017.00 | $15,876.82 |
| 14 | JOELLEN I KITCHEN | $71,080.77 | $15,455.80 |
| 15 | Rene Michael Yost | $40,801.09 | $8,871.79 |
| 17 | John J. Deller, MD | $71,751.79 | $15,601.71 |
| 18 | Mayer Brown LLP | $70,025.04 | $15,226.24 |
| 24 | Orange County Treasurer-Tax Collector | $127,436.54 | $27,709.80 |
| 29 | BL Austin Sanders | $84,785.65 | $18,435.79 |
| 30 | Blackstone Oil & Gas, Inc. | $400,816.00 | $87,153.43 |
| 31 | Thomas L Sogard | $50,000.00 | $10,872.00 |
| 32 | Steve Sogard | $346,252.00 | $75,289.03 |
| 33 | Joseph M Palladino | $1,183,095.42 | $257,252.27 |
| 48 | Rene Michael Yost | $49,628.79 | $10,791.28 |
| 58 | Irwin Howard Strom | $43,800.00 | $9,523.87 |
| 63 | Globalvest Corporation | $27,750.00 | $6,033.96 |
| 64 | Globalvest Corporation | $233,750.00 | $50,826.60 |
| 65 | Globalvest Corporation | $62,500.00 | $13,590.00 |
| 76 | John J. Deller, MD | $83,410.62 | $18,136.81 |
| 84 | Fox & Company Investments Inc | $143,958.47 | $31,302.33 |
| 87 | Eugene Moravec | $26,388.00 | $5,737.81 |
| 90 | Eugene Moravec | $47,297.00 | $10,284.26 |
| 109 | Robert C Blakemore | $61,667.00 | $13,408.87 |
| 110 | Mike & Eve Blakemore | $148,044.00 | $32,190.69 |
| 111 | Larry Lindstrom | $157,497.00 | $34,246.15 |
| 112 | Claire Reisman | $23,375.00 | $5,082.66 |
| 113 | Carl Reisman | $54,542.00 | $11,859.61 |
| 114 | Dennis Goltz | $157,497.00 | $34,246.15 |
| 115 | Donald G Parsons | $272,708.00 | $59,297.63 |
| 117 | Theodore I Botter | $19,479.00 | $4,235.51 |
| 127 | Century Law Group LLP | $1,113,149.77 | $242,043.29 |
| 140 | Merlin Witte | $795,500.00 | $172,973.52 |

609416 v2-IMANDB-032035/0011

| | | | |
|---|---|---:|---:|
| 142 | Resch Polster Alpert & Berger LLP | $142,558.60 | $30,997.94 |
| 143 | Guernsey Nominees | $382,500.00 | $83,170.80 |
| S | American Drilling Co., LLC | $347,050.70 | $75,462.70 |
| S | Jeffer, Mangels, Butler & Marmaro LLP | $37,660.31 | $8,188.86 |
| S | James E. McNamara, Esq. | $94,369.51 | $20,519.71 |
| | **Total Contested Claims** | **$7,067,162.07** | |
| | **Amount Reserved for Contested Claims** | | **$1,536,683.72** |

# # #

Date: January 6, 2016

_____
Theodor C. Albert
United States Bankruptcy Judge

5

609416 v2-IMANDB-032035/0011