RONALD RUS, #67369
rrus@rusmiliband.com
JOEL S. MILIBAND, #77438
jmiliband@rusmiliband.com
CATHRINE M. CASTALDI, #156089
ccastaldi@rusmiliband.com
JUSTIN J. S. MORGAN, #279802
jmorgan@brownrudnick.com
BROWN RUDNICK LLP
Seventh Floor
2211 Michelson Drive
Irvine, California 92612
Telephone:    (949) 752-7100
Facsimile:    (949) 252-1514

Attorneys for Chapter 11 Trustee,
JAMES J. JOSEPH

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>SOUTH COAST OIL CORPORATION, a California corporation, Substantively Consolidated with SOUTH COAST CORPORATION, a Utah corporation,<br><br>　　　　　　Debtors. | CASE NO. 8:07-bk-12994-TA<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S TWENTIETH STATUS REPORT**<br><br>DATE:　　March 23, 2016<br>TIME:　　11:00 a.m.<br>CRTRM.:　5B |

609865 v1-iManDB-2105/0016

Comes now, James J. Joseph, Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of South Coast Oil Corporation, a California corporation, Substantively Consolidated with South Coast Corporation, a Utah corporation (the "SCOC Estate"), and submits his Twentieth Status Report. This status report covers the period from January 1, 2016 through March 16, 2016.

## Case Administration

### A. Efforts To Liquidate The HBTL Asset

Other than cash on hand, the Estate's interest in mineral rights in the Huntington Beach Town Lot Area (the "HBTL Asset") is the primary remaining asset in the Estate. The Trustee has coordinated marketing efforts concerning the HBTL Asset with the EDC/Harris Trustee (together the EDC/Harris Trustee and the Trustee are referred to as the "Trustees"). The HBTL Asset is a unique and complex asset that requires a thoughtful approach to its exploitation for the benefit of creditors and potentially shareholders of the SCOC Estate.

As reported at the last status conference, the Trustee has been actively working towards a liquidation of the HBTL Assets. Only weeks before the January 2016 status conference, the Trustee received an expression of interest from a new prospective bidder, in addition to the continued interest of Pacifico, whose counsel was present at the January 2016 status conference. The Trustee, along with Jack Wolfe, Chapter 11 Trustee for the Estates of Energy Development Corporation and Stephen T. Harris (the "EDC Trustee"), entered into a non-binding term sheet with the new prospective bidder . Since that time, the prospective bidder has undertaken due diligence and has made an offer to the Trustees, which the parties are in the process of documenting. The Trustees have simultaneously been working with the original interested party, and each has been advised to expect an overbid situation in the event a stalking horse bidder is selected. The Trustee has advised both interested parties that in order to provide for a sale free and clear of liens, the bidders will either have to take subject to certain lien interests, or otherwise increase the purchase price to address these issues. Until these issues are resolved, the Trustee will not be in a position to execute an asset purchase agreement with either party. The Trustee is reaching out to the lienholders and working with the interested purchasers to effectuate a resolution that would allow a sale to proceed.

2

The Trustee has also concluded that any such sale should take place in the context of a chapter 7 bankruptcy proceeding, as neither of the current prospective bidders offer consideration that would allow for a distribution to interest holders. The Trustee believes that the Committee may have a contrary view with respect to conversion of the bankruptcy case.

### B. Disclosure Statement and Plan of Reorganization

The Trustee filed a disclosure statement and plan, which had been set for hearing on March 23, 2016, at 11:00 a.m. As the Court is aware, in filing a disclosure statement and plan, the Trustee has been substantially influenced by the views of the Committee. The Committee has expressed a strong preference for a restructuring of the Debtor's assets and liabilities that would allow for future exploitation of the HBTL Asset, if no sale is forthcoming.

In keeping with the Committee's request, the Trustee has formulated a Plan that disburses the majority of the cash assets of the Estate on the plan effective date. To the extent creditors are not paid in full from such distribution, the creditors would receive member interests in an LLC that would operate or liquidate the HBTL Asset for the benefit of its creditor members. In addition, current interest holders would have the possibility of a springing interest in the LLC, in the event that creditors receive distributions equal to their allowed claims against the Estate. Given the uncertainties surrounding the sale, and the Trustee's current view that conversion may be in the best interest of the Estate, the Trustee has continued the hearing on the Disclosure Statement to May 11, 2016.

### C. Claims Administration and Interim Distribution

At the outset of this case, the scheduled and filed claims against the SCOC Estate exceeded $41 million. Through the Trustee's efforts, the general unsecured claims pool has been reduced from approximately $41 million to approximately $6 million. The Trustee is engaged in discussions with creditors with contested claims in an effort to resolve those claims without the necessity of a claims objection process, and is finalizing objections with respect to claims that are susceptible to resolution. Some of these objections may be resolved by virtue of a conversion of the bankruptcy case to one under chapter 7.

///

On January 6, 2016, the Court entered an Order Granting Amended Motion Authorizing The Chapter 11 Trustee To Make An Interim Distribution, which authorized the Trustee to make an interim distribution to allowed claims, as identified in the underlying motion, which will result in a recovery of 21% for holders of allowed claims. The Trustee has made distributions to claimants on the approved list, and has also made distributions to those claimants whose claims were resolved by Court order since the interim distribution was approved.

## Conclusion

Because the current situation is fluid, the Trustee expects to appear at the status conference with a further update for the Court as to the matters referenced above.

DATED: March 16, 2016

BROWN RUDNICK LLP

By: /s/ Cathrine M. Castaldi
CATHRINE M. CASTALDI
Attorneys for Chapter 11 Trustee,
JAMES J. JOSEPH

4

609865 v1-iManDB-2105/0016

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Von Karman Towers, Seventh Floor, 2211 Michelson Drive, Irvine, California 92612

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 TRUSTEE'S TWENTIETH STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 16, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service Information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On March 16, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

South Coast Oil Corporation
~~21241 Ventura Blvd, Suite 276~~
~~Woodland Hills, CA 91364~~
[Unable to Fwd – (3x)]

☐ Service Information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 16, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 16, 2016 | JEANNIE MENDEZ | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June* .PROOF.SERVICE

ADDITIONAL SERVICE INFORMATION (if needed):

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [con't]:**

| | |
|---|---|
| Raymond H Aver | ray@averlaw.com |
| •Mark C Bailey | mcb@clintonbailey.com |
| •Anthony Bisconti | tbisconti@bmkattorneys.com, admin@bmkattorneys.com |
| •Bert Briones | ecfmailonly@gmail.com, bb@redhilllawgroup.com |
| •Jeffrey W Broker | jbroker@brokerlaw.biz |
| •William M. Burd | wmburd@burd-naylor.com |
| •Frank Cadigan | frank.cadigan@usdoj.gov |
| •Cathrine M Castaldi | ccastaldi@brownrudnick.com |
| •Marcus Colabianchi | mcolabianchi@duanemorris.com |
| •Natalie B. Daghbandan | natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com |
| •Lei Lei Wang Ekvall | lekvall@swelawfirm.com, csheets@swelawfirm.com; gcruz@swelawfirm.com;hdavis@swelawfirm.com |
| •Rebecca L Fordon | rfordon@brownrudnick.com |
| •Philip A Gasteier | pag@lnbrb.com |
| •Phillip W Gillet , | california.bankruptcy@gmail.com |
| •Phillip W Gillet | lawyer@bak.rr.com, california.bankruptcy@gmail.com |
| •David S Hagen | go4broq@earthlink.net |
| •David J Harter | djh@djh-law.com |
| •David J Harter | djh@djh-law.com |
| •Robert Hohenberger | rhohenberger-ecf@law-tex.com, deeh@law-tex.com |
| •Brian L Holman | b.holman@mpglaw.com |
| •Robert E Huttenhoff | rhuttenhoff@shbllp.com, sswartzell@shbllp.com |
| •James J Joseph | KValbuena@dgdk.com, jjoseph@ecf.epiqsystems.com |
| •James J Joseph (TR) | jamesjosephtrustee@gmail.com, jjoseph@ecf.epiqsystems.com |
| •Steven J Katzman | SKatzman@bmkattorneys.com, admin@bmkattorneys.com |
| •Danelle G Kelling | danelle.kelling@hro.com, raul.morales@hro.com |
| •Stuart I Koenig | Skoenig@cmkllp.com, knielsen@cmkllp.com |
| •David W Levene | dwl@lnbyb.com |
| •Marilyn H Levin | marilyn.levin@doj.ca.gov |
| •Elizabeth A Lossing | elizabeth.lossing@usdoj.gov |
| •Douglas L Mahaffey | dougm@mahaffeylaw.com, mary@mahaffeylaw.com; maria@mahaffeylaw.com;reception@mahaffeylaw.com; tnelson@wintersking.com;barrington@wintersking.com |
| •John Marshall | john@jrmlaw.net |
| •Mark H Mcguire | mmcguire@brownwhitelaw.com |
| •Mark H Mcguire | mmcguire@brownwhitelaw.com |
| •Hutchison B Meltzer | hutchison.meltzer@doj.ca.gov |
| •Craig Millet | cmillet@gibsondunn.com, pcrawford@gibsondunn.com; cmillet@gibsondunn.com |
| •Justin J Morgan | Jmorgan@brownrudnick.com |
| •Kerry A. Moynihan | kerry.moynihan@bryancave.com, apameh.vaziri@bryancave.com;raul.morales@bryancave.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [con't]**:

| | |
|---|---|
| Thomas J Prenovost | tprenovost@pnbd.com |
| •Christopher B Queally | cqueally@callahan-law.com, jluirette@callahan-law.com |
| •Max E Rawn | maxrawn@gmail.com, bkdeptnef@richardsonpatel.com |
| •Ronald Rus | rrus@rusmiliband.com |
| •Ronald Rus | rrus@rusmiliband.com |
| •Leonard M Shulman | lshulman@shbllp.com |
| •Arjun Sivakumar | asivakumar@brownrudnick.com |
| •Steven R Skirvin | srs@weclaw.com |
| •Diana Spielberger | diana@janddlaw.com |
| •John B Taylor | taylaw@gte.net |
| • United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| •Anne A Uyeda | auyeda@bmkattorneys.com |
| •Annie Verdries | verdries@lbbslaw.com, Autodocket@lbbslaw.com |
| •David R. Weinstein    d | weinstein@weinsteinlawfirm.net |
| •Sharon Z. Weiss | sharon.weiss@bryancave.com, raul.morales@bryancave.com |
| •Laurel R Zaeske | lzaeske@brownrudnick.com |
| •Kerry P Zeiler | kerry@zeilerlawgroup.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                      F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION** (if needed):

**SERVED VIA U.S. MAIL**

Edward O. Lear
5200 West Century Blvd Ste 940
Los Angeles, CA 90045

CREDITORS COMMITTEE (Dkt. 738):

Michael McKinley
8081 Holland Drive, #F-7
Huntington Beach, CA 92647

James E McNamara
McNamara & McNamara
14401 Sylvan Street, Suite 106
Van Nuys, CA 91401

Mr. Fred Oliver
4625 Greenville Avenue, Suite 203
Dallas, TX 75206

Gina Palladino-Bever
Co-Trustee Of The Palladino Family Trust
2976 Corte Hermosa
Newport Beach, CA 92660

Irwin Howard Strom
11321 W. Duluth Ave
Youngtown, Arizona 85363

Donald W. White
c/o Douglas Mahaffey
~~4 San Joaquin Plaza, Suite 320~~
~~Newport Beach, CA 92660~~
[Retn Undeliverable 2-17-15]
20162 S.W. Birch Street, Ste. 300
Newport Beach, CA 92660

Rene Michael Yost
3224 S. Wilson Drive
Chandler, AZ 85286-2495

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE